**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ERIC LIPTON, *et al*., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 17-02588 (JDB) |
| | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## DEFENDANT'S PROPOSED SCHEDULE

On February 2, 2018, the Court issued an Order (ECF No. 15)[1] requiring that the parties confer and submit a proposed briefing schedule for the filing of dispositive motions to resolve this matter or, in the event the parties cannot agree, separate proposals. The parties, Plaintiffs Eric Lipton and the New York Times Company ("Plaintiffs") and Defendant United States Environmental Protection Agency ("EPA"), have conferred and were unable to agree on a schedule. Defendant submits the following proposed schedule:

1.  On December 4, 2017, Plaintiffs filed a two-count Complaint (ECF No. 1) under the Freedom of Information Act ("FOIA"). Although inartfully pled, it appears that the first claim seeks prospective injunctive relief related to the future electronic release and regular updating of EPA Administrator Scott Pruitt's daily schedule, while the second claim seeks retrospective release of Administrator Pruitt's daily schedule from January 20, 2017, through the date of EPA's responsive search (in this case until early January 2018).

---

[1] On March 2, 2018, the deadline for the parties' submission was extended to March 5, 2018.

2. EPA anticipates that it will complete production of all records responsive to Plaintiffs' retrospective FOIA request (*i.e.*, Count Two) by April 6, 2018.

3. In order to provide sufficient time for the parties to subsequently meet and confer to narrow the issues in dispute and for EPA to prepare a sufficient *Vaughn* index in support of its motion for summary judgment, Defendant proposes the following briefing schedule:[2]

| | |
|---|---|
| May 25, 2018 | Defendant's Motion for Summary Judgment |
| June 25, 2018 | Plaintiffs' Opposition to Defendant's Motion and Plaintiffs' Cross Motion for Summary Judgment |
| July 25, 2018 | Defendant's Reply to Plaintiffs' Opposition and Defendant's Opposition to Plaintiffs' Cross Motion |
| August 15, 2018 | Plaintiffs' Reply to Defendant's Opposition |

4. A proposed order is attached for the Court's convenience.

Dated: March 5, 2018

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   */s/ Jason T. Cohen*
JASON T. COHEN, ME Bar #004465
Assistant United States Attorney
555 Fourth St., N.W.

---

[2] During the conferral process, Plaintiffs proposed a bifurcated briefing process in which motions for summary judgment on the government's alleged obligation to provide records prospectively would be briefed immediately, while motions for summary judgment regarding the scope of EPA's search and the propriety of any withholdings would be separately briefed at a later date. Plaintiffs' proposal for staggered and multiple summary judgment briefing is inefficient and wasteful. The Court should disregard Plaintiffs' proposal absent dismissal of Count II of the Complaint with prejudice and a guarantee from Plaintiffs that they will not challenge the scope of the search or the withholdings in EPA's production of documents. Plaintiffs' further statement that they "do not anticipate any challenge" to any withholdings or redactions "[s]o long as any withholdings and/or redactions . . . substantially mirror" those made to an unrelated party ("American Oversight") in response to a different FOIA request is meaningless. ECF No. 17 at 2.

Washington, D.C. 20530
Phone: (202) 252-2523
Fax: (202) 252-2599
Email: jason.cohen@usdoj.gov

*Attorneys for Defendant*