UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC LIPTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Civil No. 17-2588 (JDB) |

## SCHEDULING ORDER

Upon consideration of [17] and [18] the parties' proposed briefing schedules, and the entire record herein, it is hereby

**ORDERED** that the following schedule shall govern further proceedings:

1. Plaintiffs shall file a partial summary judgment motion on Claim 1 by not later than March 20, 2018. Defendant shall file its opposition to plaintiffs' partial summary judgment motion and any cross-motion for partial summary judgment on Claim 1 by not later than April 20, 2018. Plaintiffs shall file their reply in support of their motion for partial summary judgment and any opposition to defendant's cross-motion by not later than May 11, 2018. Defendant shall file any reply in support of its cross-motion by not later than May 25, 2018.

2. The parties shall meet and confer regarding any objections plaintiffs may have to defendant's production of retrospective records in response to Claim 2, and the possibility of any partial summary judgment motions as to Claim 2, by not later than April 20, 2018. If any issues remain, defendant shall file a motion for partial summary judgment on Claim 2, along with a Vaughn index, by not later than May 8, 2018. Should defendant file a

2

motion for partial summary judgment, plaintiffs shall file an opposition to defendant's motion and any cross-motion for partial summary judgment on Claim 2 by not later than June 8, 2018; defendant shall file a reply in support of its motion and any opposition to plaintiffs' cross-motion by not later than June 29, 2018; and plaintiffs shall file any reply in support of their cross-motion by not later than July 13, 2018.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:  March 9, 2018