UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIC LIPTON, and THE<br>NEW YORK TIMES COMPANY,<br><br>                       Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION<br>AGENCY,<br><br>                       Defendant. | No. 17-cv-2588 (JDB) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for partial summary judgment, it is hereby ORDERED that the motion is GRANTED.  The Court finds and DECLARES that FOIA's reading-room provision pertaining to frequently requested record, 5 U.S.C. § 552(a)(2)(D), requires Defendant EPA to regularly make available an updated version of the EPA Administrator's detailed calendar in its electronic reading room.  By failing to do so, EPA is in violation of FOIA.  EPA is hereby PERMANENTLY ENJOINED to make available to Plaintiffs' Eric Lipton and The New York Times Company an updated version of the EPA Administrator's detailed calendar once a month.


Dated:                                                                                                                              _____
                                                                                                                              THE HONORABLE JOHN D. BATES
                                                                                                                              United States District Judge